UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JULIA WARE AND RALPH, EDWARDS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CKF ENTERPRISES, INC., d/b/a EXECUTRAIN OF KENTUCKY d/b/a OPTIM SUPPORT, INC., and CRINDA FRANCKE <br><br> Defendants. | Civil Action No. 5:19-cv-183-DCR <br><br> Hon. Danny C. Reeves |

**PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs Julia Ware and Ralph Edwards, through their undersigned counsel, respectfully move this Court for an Order:

1. Granting preliminary approval of the Parties' Settlement Agreement as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. Preliminarily certifying the following Settlement Class pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b) for the purposes of settlement:

> All individuals who, personally or through a corporation or other business entity owned in whole or in part by the Consultant, contracted directly with ExecuTrain of Kentucky d/b/a Optim Support, Inc. to perform go-live consulting work for customers of ExecuTrain of Kentucky d/b/a Optim Support, Inc.; who worked more than forty (40) hours in at least one (1) workweek while performing such work between April 25, 2016 and December 23, 2019 in the United States, or between April 25, 2014 and December 23, 2019 in Kentucky; and who were classified by ExecuTrain of Kentucky d/b/a Optim Support, Inc. as an independent contractor while performing such work.

3. Preliminarily approving Plaintiffs Julia Ware and Ralph Edwards as the Representatives of the Settlement Class;

4. Preliminarily approving Lichten & Liss-Riordan, P.C., Berger & Montague, P.C., and Blanchard & Walker PLLC as Class Counsel for the Settlement Class;

5. Approving the Settlement Notice, a copy of which is attached to the Settlement Agreement as Exhibit A; and

6. Approving the proposed schedule and procedure for the final approval of the Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law; the Declarations of Harold L. Lichten, Sarah R. Schalman-Bergen and David Blanchard; and all other records, pleadings, and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: February 28, 2020               Respectfully Submitted,

                                       /s/Olena Savytska
                                       Harold Lichten
                                       Olena Savytska
                                       LICHTEN & LISS-RIORDAN, P.C.
                                       729 Boylston Street, Suite 2000
                                       Boston, MA 02116
                                       Tel: (617) 994-5800
                                       Fax: (617) 994-5801
                                       hlichten@llrlaw.com
                                       osavytska@llrlaw.com

        Sarah R. Schalman-Bergen
        Alexandra K. Piazza
        BERGER MONTAGUE PC
        1818 Market St., Suite 3600
        Philadelphia, PA 19103
        Tel: (215) 875-3000
        Fax: (215) 875-4604
        sschalman-bergen@bm.net
        apiazza@bm.net

        David M. Blanchard
        Frances Hollander
        BLANCHARD & WALKER, PLLC
        221 N. Main Street, Suite 300
        Ann Arbor, MI 48104
        Tel: (734) 929-4313
        blanchard@bwlawonline.com
        hollander@bwlawonline.com
        *Attorneys for Plaintiffs and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

I, Olena Savytska, hereby certify that on this 28 day of February, 2020, I filed the foregoing document with this Court using the CM/ECF. This system sends notifications of such filing and service to all counsel of record.

/s/Olena Savytska
Olena Savytska