**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| JULIA WARE AND RALPH, EDWARDS, individually and on behalf of all others similarly situated, | Civil Action No. 5:19-cv-183-DCR |
| | Hon. Danny C. Reeves |
| Plaintiff, | |
| v. | |
| CKF ENTERPRISES, INC., d/b/a EXECUTRAIN OF KENTUCKY d/b/a OPTIM SUPPORT, INC., and CRINDA FRANCKE | |
| Defendants. | |

**PLAINTIFFS' RENEWED UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF THE AMENDED SETTLEMENT AGREEMENT**

Plaintiffs Julia Ware and Ralph Edwards, through their undersigned counsel, respectfully move this Court for an Order:

1) granting preliminary approval of the Amended Settlement Agreement;

2) preliminarily certifying the FLSA Collective pursuant to 29 U.S.C. § 216(b) for purposes of settlement;

3) preliminarily certifying the Rule 23 Kentucky Class pursuant to Fed. R. Civ. P. 23 for purposes of settlement;

4) preliminarily appointing Plaintiffs Julia Ware and Ralph Edwards as Class Representatives;

5) preliminarily approving Berger Montague PC, Lichten & Liss-Riordan, P.C., and Blanchard & Walker PLLC as Class Counsel;

6) approving the FLSA Collective Settlement Notice;

7) approving the Kentucky Class Only Settlement Notice; and

8) approving the proposed schedule and procedure for the final approval of the Amended Settlement Agreement.

A proposed Order is submitted for the Court's consideration.

Dated: April 24, 2020                                  Respectfully Submitted,

/s/Olena Savytska____
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
hlichten@llrlaw.com
osavytska@llrlaw.com

Sarah R. Schalman-Bergen
Alexandra K. Piazza
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
sschalman-bergen@bm.net
apiazza@bm.net

David M. Blanchard
Frances Hollander
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Tel:  (734) 929-4313
blanchard@bwlawonline.com
hollander@bwlawonline.com
*Attorneys for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

I, Olena Savytska, hereby certify that on this 24 day of April, 2020, I filed the foregoing document with this Court using the CM/ECF. This system sends notifications of such filing and service to all counsel of record.

/s/Olena Savytska
Olena Savytska