UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JULIA WARE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 19-183-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CKF ENTERPRISES, INC., et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiffs with respect to the claims asserted in this action and in accordance with the parties Amended Settlement Agreement.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: August 26, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky